# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH PIRELA, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| V. | ) | **CASE NO. 5:15-CV-607-D** |
| | ) | |
| ANGEL JOSE MIRANDA, | ) | |
| LYDIA NICOLE ROBERTS, | ) | |
| and ETHIEL CALDERON, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court has reviewed the M&R, the record, and plaintiff's objections. As for those portions of the M&R to which plaintiff made no objection, the court is satisfied that there is no clear error on the face of the record.

As for the objections, the court has reviewed the objections and the M&R de novo, plaintiff's objections are overruled. Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint and amended complaint are DISMISSED as frivolous. Plaintiff's motion to change his address to an email address is DENIED. The clerk shall close the case.

**This Judgment Filed and Entered on June 9, 2016, and Copies To:**

Joseph Pirela

6238 SW 59 PL Apartment 9 Miami, FL 33143 via US Mail

DATE:
June 9, 2016

JULIE RICHARDS JOHNSTON, CLERK

(By)  /s/ Nicole Briggeman
Deputy Clerk